No. 74–840. Gulf Oil Corp. v. Wood. C. A. 5th Cir. Certiorari denied.

No. 74–843. Gordon v. United States. C. A. 9th Cir. Certiorari denied.

No. 74–849. Garramone et al. v. United States. C. A. 3d Cir. Certiorari denied.

No. 74–853. Geraci, Executrix v. Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari denied.

No. 74–855. Fritts v. United States. C. A. 9th Cir. Certiorari denied.

No. 74–862. Krilich v. United States. C. A. 7th Cir. Certiorari denied.

No. 75–867. Puget Sound Power & Light Co. v. Local Union 77, International Brotherhood of Electrical Workers, AFL–CIO. C. A. 9th Cir. Certiorari denied.

No. 74–887. Rayner et al. v. City Council of the City of Chicago et al. C. A. 7th Cir. Certiorari denied.

No. 74–916. Radisich v. Radisich. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 74–929. David R. McGeorge Car Co., Inc. v. Leyland Motor Sales, Inc., et al. C. A. 4th Cir. Certiorari denied.

No. 74–5777. Peeraer v. United States. C. A. 9th Cir. Certiorari denied.

No. 74–959. Baez v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.